PASQUALE PULVINO and Others, Respondents, v. WHITNEY ELEVATOR AND WAREHOUSE COMPANY, Appellant.— Judgment and order affirmed, with costs. Held, that defendant having sold the wine without notice to the owners and delivered up possession thereof, lost its lien for warehouse charges. (Gen. Business Law, § 114.)* 2. In the absence of any affirmative allegation in the answer setting up the warehouse charges by way of recoupment, set-off or counterclaim, no allowance therefor can be made in this action. All concurred, except Foote and Hubbs, JJ., who dissented upon the ground that the evidence as to the value of the wine after the fire does not justify so large a verdict.

JOHN J. McCULLOUGH, Appellant, v. DAVID MAYNARD and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CLARK PAPER AND MANUFACTURING COMPANY, Respondent, v. EDWARD D. STENACHER, Appellant. (Action No. 1.) EDWARD D. STENACHER, Appellant, v. CLARK PAPER AND MANUFACTURING COMPANY, Respondent. (Action No. 2.) — Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Estate of ANSON C. BURNETT, Deceased. JANE A. VALENTINE, Personally and as Executrix, etc., Appellant; NETTIE M. BURNETT, Respondent.— Order and decree reversed, with ten dollars costs and disbursements, and motion denied. Held, that the Surrogate's Court had no authority to make the order. All concurred.

WILLIAM B. FARNHAM and Others, Appellants, v. CORA M. FARNHAM, Respondent.— Order affirmed, with ten dollars costs and disbursements, without passing upon the question as to whether the trustee is bound by the order, since he is not a party to the action. All concurred.

LOUISE SPRENGER, Respondent, v. CITY OF NORTH TONAWANDA, Appellant.— Judgment and order affirmed, with costs. All concurred.

* Consol. Laws, chap. 20 (Laws of 1909, chap. 25), § 114.— [REP.